UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                              Plaintiff,<br><br>        v.<br><br>TECNICA USA CORP., a New Hampshire corporation; and NORDICA USA CORP., a New Hampshire corporation,<br><br>                              Defendants.<br><br>AND RELATED COUNTERCLAIMS | ) Civil Action No. 06cv1941 BTM (CAB)<br>)<br>) **[PROPOSED] ORDER ON JOINT**<br>) **STIPULATION FOR DISMISSAL WITH**<br>) **PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Honorable Barry Ted Moskowitz,<br>) Judge of the United States District Court<br>)<br>)<br>) |

The Court, having considered the Joint Stipulation for Dismissal With Prejudice between Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust and Defendants/Counterclaimants, Tecnica USA Corp. and Nordica USA Corp.; HEREBY ORDERS THAT:

1.    All claims and counterclaims in this action shall be dismissed WITH PREJUDICE; and

2.    Each party shall bear its own costs and attorneys' fees.

Dated: August 3, 2007

THE HONORABLE BARRY TED MOSKOWITZ
JUDGE OF THE U.S. DISTRICT COURT